JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONALD WESSON, an individual and successor in interest to KERRY E. WESSON, deceased; LINDA R. BOHANON, an individual and successor in interest to KERRY E. WESSON, deceased; PATRICIA A. CLARK, an individual and successor in interest to KERRY E. WESSON, deceased; CAROLYN A. WESSON, an individual and successor in interest to KERRY E. WESSON, deceased; HAROLD WESSON, an individual and successor in interest to KERRY E. WESSON, deceased; LARRY A. WESSON, an individual and successor in interest to KERRY E. WESSON, deceased; and THEROLENE D. WESSON, an individual and successor in interest to KERRY E. WESSON, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public agency; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:15-CV-07169-AB (AFMx)<br><br>*[The Hon. Andre Birotte Jr., Magistrate Judge, Alexander F. MacKinnon]*<br><br>[**PROPOSED**] **ORDER ON STIPULATION BY ALL PARTIES TO DISMISS THIS ACTION WITHOUT PREJUDICE [CCP41(a)(1)(A)(ii)]**<br><br>[Stipulation By All Parties to Dismiss This Action Without Prejudice Filed Herewith] |

---

1      Case No. 2:15-CV-07169-AB (AFMx)
**ORDER ON STIPULATION BY ALL PARTIES TO DISMISS THIS ACTION WITHOUT PREJUDICE**

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

The Court having considered the written stipulation of all parties to dismiss this action without prejudice, makes the following orders:

1) This case is dismissed without prejudice to refiling at a later date; and

2) Defendant shall not seek any attorney fees or costs incurred to date at this time. If plaintiff refiles the case at a later date, and defendant becomes entitled to attorney fees and/or costs, defendant can seek to recover those fees and costs incurred to date, and any additional fees and costs incurred after the refiling.

Dated: April 21, 2017

_____
Honorable André Birotte Jr.
United States District Court Judge